HENRY C. VALENTINE, Respondent, *v.* WARREN M. HEALEY et al., Appellants.

(Submitted February 27, 1899; decided March 7, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 369.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. FLOOD, Respondent, *v.* ASA BIRD GARDINER, District Attorney of New York County, Appellant.

(Submitted February 27, 1899; decided March 7, 1899.)

Motion for reargument denied, with ten dollars costs. (See 157 N. Y. 520.)

---

ELIZABETH A. CULLIFORD, Respondent, *v.* THEODORE C. WALSER et al., Appellants.

(Submitted February 27, 1899; decided March 7, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 65.)